# ELECTRONIC RECORD

COA # 06-14-00163-CR            OFFENSE: 22.021

STYLE: Cory Martin Colvin v. The State of Texas            COUNTY: Upshur

COA DISPOSITION:    Affirmed            TRIAL COURT: 115th District Court

DATE: 05/12/15            Publish: YES    TC CASE #:    16,601

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Cory Martin Colvin v. The State of Texas            CCA #: _____ 713-15 _____

_____ APPELLANT'S _____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_____ REFUSED _____            JUDGE: _____

DATE: 08/26/2015            SIGNED: _____            PC: _____

JUDGE: _____            PUBLISH: _____            DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD